AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

# UNITED STATES DISTRICT COURT
for the
Southern District of Alabama

|  |  |
|---|---|
| Myrkoi De LaMont AKA Lamont Alvin Houze II _Petitioner_ | ) ) ) ) ) ) |
| v. | ) ) |
| City of Mobile _Respondent_ | ) ) ) ) |

Case No. 1:16-cv-533-WS-B
_(Supplied by Clerk of Court)_

FILED OCT 17"16 PM 1:19 USDCALS

(name of warden or authorized person having custody of petitioner)

## PETITION FOR A WRIT OF HABEAS CORPUS UNDER 28 U.S.C. § 2241

### Personal Information

1.  (a) Your full name: Myrkoi De LaMont aka Lamont A. Houze II
    (b) Other names you have used: _____

2.  Place of confinement:
    (a) Name of institution: City of Mobile - Courts - Jail
    (b) Address: 205 Government St. Mobile Ala. 36602 Petitioner has been released on
    (c) Your identification number: _____

3.  Are you currently being held on orders by:
    ☐ Federal authorities    ☑ State authorities    ☑ Other – explain: City
    Released on Bail

4.  Are you currently:
    ☑ A pretrial detainee (waiting for trial on criminal charges)
    ☐ Serving a sentence (incarceration, parole, probation, etc.) after having been convicted of a crime
    If you are currently serving a sentence, provide:
    (a) Name and location of court that sentenced you: _____
    _____
    (b) Docket number of criminal case: _____
    (c) Date of sentencing: _____
    ☐ Being held on an immigration charge
    ☐ Other _(explain)_: _____
    _____
    _____

AO 242 (12/11)  Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

## Decision or Action You Are Challenging

5.      What are you challenging in this petition:

☐ How your sentence is being carried out, calculated, or credited by prison or parole authorities (for example, revocation or calculation of good time credits)

☐ Pretrial detention

☐ Immigration detention

☐ Detainer

☐ The validity of your conviction or sentence as imposed (for example, sentence beyond the statutory maximum or improperly calculated under the sentencing guidelines)

☐ Disciplinary proceedings

☑ Other (explain): Constitutional Right to Jury trial, Appointment of Counsel, And preliminary And Evidentary hEARings

6.      Provide more information about the decision or action you are challenging:

(a)  Name and location of the agency or court: Mobile Municipal Court 205 Government St. Mobile, ALA, 36602

(b)  Docket number, case number, or opinion number: C0500013161 And C0500013162

(c)  Decision or action you are challenging (for disciplinary proceedings, specify the penalties imposed): Right to a Jury trial, Appointment of Counsel, Right to preliminary And Evidentary hEARings, Due Process, Equal Protection of law

(d)  Date of the decision or action: _____

## Your Earlier Challenges of the Decision or Action

7.      **First appeal**

Did you appeal the decision, file a grievance, or seek an administrative remedy?

☑ Yes            ☐ No

(a)  If "Yes," provide:

(1)  Name of the authority, agency, or court: Mobile County Circuit Court - Writ of Habeas Corpus

(2)  Date of filing: _____

(3)  Docket number, case number, or opinion number: Attached

(4)  Result: Denied / City Case No. C01500013 61 and C01500013 62

(5)  Date of result: 8/9/16

(6)  Issues raised: Right to Jury trial, Appointment of Counsel, Right to preliminary And Evidentary hEARings, Due Process, And A fair trial, Equal protection of law

_____
_____
_____

(b)  If you answered "No," explain why you did not appeal:  _____
_____

8.      **Second appeal**

After the first appeal, did you file a second appeal to a higher authority, agency, or court?

☐ Yes                    ☑ No

(a)  If "Yes," provide:

    (1)  Name of the authority, agency, or court:  _____
_____

    (2)  Date of filing:  _____

    (3)  Docket number, case number, or opinion number:  _____

    (4)  Result:  _____

    (5)  Date of result:  _____

    (6)  Issues raised:  _____
_____
_____
_____
_____
_____

(b)  If you answered "No," explain why you did not file a second appeal:  Case still
PENDING

9.      **Third appeal**

After the second appeal, did you file a third appeal to a higher authority, agency, or court?

☐ Yes                    ☐ No

(a)  If "Yes," provide:

    (1)  Name of the authority, agency, or court:  _____
_____

    (2)  Date of filing:  _____

    (3)  Docket number, case number, or opinion number:  _____

    (4)  Result:  _____

    (5)  Date of result:  _____

    (6)  Issues raised:  _____
_____

AO 242 (12/11)  Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

(b)  If you answered "No," explain why you did not file a third appeal: MATTER Still PENDING

10.  **Motion under 28 U.S.C. § 2255**

In this petition, are you challenging the validity of your conviction or sentence as imposed?

☐ Yes                    ☑ No

If "Yes," answer the following:

(a)    Have you already filed a motion under 28 U.S.C. § 2255 that challenged this conviction or sentence?

☐ Yes                    ☐ No

If "Yes," provide:

(1) Name of court: _____

(2) Case number: _____

(3) Date of filing: _____

(4) Result: _____

(5) Date of result: _____

(6) Issues raised: _____

(b)    Have you ever filed a motion in a United States Court of Appeals under 28 U.S.C. § 2244(b)(3)(A), seeking permission to file a second or successive Section 2255 motion to challenge this conviction or sentence?

☐ Yes                    ☑ No

If "Yes," provide:

(1) Name of court: _____

(2) Case number: _____

(3) Date of filing: _____

(4) Result: _____

(5) Date of result: _____

(6) Issues raised: _____

AO 242 (12/11)  Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

_____
_____
_____
_____

(c)    Explain why the remedy under 28 U.S.C. § 2255 is inadequate or ineffective to challenge your conviction or sentence: Petitioner Was Not beEN SENTENCEd – No Judgment imposed NOR Am I iN FEderal Custody
_____
_____
_____
_____
_____

11.    **Appeals of immigration proceedings**

Does this case concern immigration proceedings?

☐ Yes        ☒ No

If "Yes," provide:

(a)    Date you were taken into immigration custody: _____

(b)    Date of the removal or reinstatement order: _____

(c)    Did you file an appeal with the Board of Immigration Appeals?

    ☐ Yes        ☐ No

    If "Yes," provide:

    (1) Date of filing: _____

    (2) Case number: _____

    (3) Result: _____

    (4) Date of result: _____

    (5) Issues raised: _____
_____
_____
_____
_____

(d)    Did you appeal the decision to the United States Court of Appeals?

    ☐ Yes        ☒ No

    If "Yes," provide:

    (1) Name of court: _____

    (2) Date of filing: _____

    (3) Case number: _____

AO 242 (12/11)  Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

(4)  Result: _____

(5)  Date of result: _____

(6)  Issues raised: _____

_____

_____

_____

_____

_____

_____

12.  **Other appeals**

Other than the appeals you listed above, have you filed any other petition, application, or motion about the issues raised in this petition?

☑ Yes                    ☐ No

If "Yes," provide:

(a)  Kind of petition, motion, or application:  Writ of Habeas Corpus

(b)  Name of the authority, agency, or court:  Mobile County Circuit Court

(c)  Date of filing: _____

(d)  Docket number, case number, or opinion number: _____

(e)  Result:  DENIED

(f)  Date of result:  8/9/16

(g)  Issues raised:  Right to Jury Trial, Appointment of Counsel, Right to Preliminary and Evidentary Hearings, Due Process - Equal Protection of Law, Right to a Fair Trial

_____

_____

_____

**Grounds for Your Challenge in This Petition**

13.  State every ground (reason) that supports your claim that you are being held in violation of the Constitution, laws, or treaties of the United States.  Attach additional pages if you have more than four grounds.  State the facts supporting each ground.

**GROUND ONE:**  Right to a Jury Trial - U.S. Constitution Sixth Amendment Rule 18 (A) Ala. R. Crim Section 15-14-30 Code of Alabama 15-14-30

_____

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

Rule 18.1(A) - Defendants in all criminal cases shall have the right to be tried by a Jury

(b) Did you present Ground One in all appeals that were available to you?

☐ Yes             ☐ No

GROUND TWO: Right to have Counsel Appointed - Sixth Amendment Right of the U.S. Constitution. Right to see all Evidence - Fair Trial

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

6th Amendment

(b) Did you present Ground Two in all appeals that were available to you?

☐ Yes             ☐ No

GROUND THREE: Due Process and Equal Protection of law

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

Fourteenth Amendment of the U.S. Constitution

(b) Did you present Ground Three in all appeals that were available to you?

☐ Yes             ☐ No

AO 242 (12/11)  Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

**GROUND FOUR:** _____

_____

_____

_____

(a) Supporting facts *(Be brief.  Do not cite cases or law.)*:

_____

_____

_____

_____

_____

_____

_____

(b) Did you present Ground Four in all appeals that were available to you?

☐ Yes                    ☐ No

14.    If there are any grounds that you did not present in all appeals that were available to you, explain why you did
       not: _____

_____

_____

_____

**Request for Relief**

15. State exactly what you want the court to do: Petitioner request the Court
to stay the proceeding and transfer the matter
of City of Mobile V. Lamont A. House to the U.S.
District Court for the Southern District of Alabama
under 42 U.S.C. § 1443 and in the interim that
This Court shall order the City of Mobile
Municipal and or Mobile County Circuit Court
to grant such Rights of the U.S. Constitution
to the defendant.

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

## Declaration Under Penalty Of Perjury

If you are incarcerated, on what date did you place this petition in the prison mail system:

_____

I declare under penalty of perjury that I am the petitioner, I have read this petition or had it read to me, and the information in this petition is true and correct. I understand that a false statement of a material fact may serve as the basis for prosecution for perjury. to the best of my recollection

Date: 10/7/16

_____
                                   Signature of Petitioner

_____
                        Signature of Attorney or other authorized person, if any

**AlaFile E-Notice**

02-CV-2016-000194.00

Judge: ROBERT H. SMITH

To: HOUZE LAMONT A II (PRO SE)
AKA MYRROI DE LAMONT
405 S CEDAR STREET
MOBILE, AL 36603-0000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

LAMONT A HOUZE II ETC V CITY OF MOBILE
02-CV-2016-000194.00

The following matter was FILED on 8/9/2016 4:04:10 PM

Notice Date:     8/9/2016 4:04:10 PM

JOJO SCHWARZAUER
CIRCUIT COURT CLERK
MOBILE COUNTY, ALABAMA
205 GOVERNMENT STREET
MOBILE, AL 36644

251-574-8420
charles.lewis@alacourt.gov



7016 0910 0001 2341 1804

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

**CERTIFIED MAIL®**



7016 0910 0001 2341 1804



UNITED STATES POSTAL SERVICE®

1000

36602

U.S. POSTAGE
PAID
NEW YORK, N
10025
OCT 14 16
AMOUNT
**$4.8**
R2304h108520

**FROM:**

Myrkoi De LaMont
330 W 95 st   Apt. 4b
New York, N.Y.
        10025

**TO:**

United States District Court
Southern District of Alabama
113 St. Joseph St.
Mobile, Ala 36602

