```
          IN THE UNITED STATES DISTRICT COURT
         FOR THE SOUTHERN DISTRICT OF ALABAMA
                     SOUTHERN DIVISION
```

| | |
|---|---|
| **MYRROI DE LAMONT,** | * |
| Plaintiff, | * |
| vs. | * CIVIL ACTION NO.16-00533-WS-B |
| **CITY OF MOBILE,** | * |
| Defendant. | * |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is **ADOPTED** as the opinion of this Court. It is **ORDERED** that Petitioner's complaint be **dismissed without prejudice** as set out.

**DONE** this 22nd day of March, 2017.

s/WILLIAM H. STEELE
UNITED STATES DISTRICT JUDGE