```
            IN THE UNITED STATES DISTRICT COURT
           FOR THE SOUTHERN DISTRICT OF ALABAMA
                      SOUTHERN DIVISION
```

MYRROI DE LAMONT,                  *
                                   *
   Plaintiff,                     *
                                   *
vs.                                *   CIVIL ACTION NO.16-00533-WS-B
                                   *
CITY OF MOBILE,                    *
                                   *
   Defendant.                     *

## JUDGMENT

It is **ORDERED, ADJUDGED,** and **DECREED** that Petitioner's complaint be **dismissed without prejudice** as set out.

**DONE** this 22nd day of March, 2017.

                                          **s/WILLIAM H. STEELE**
                                          **UNITED STATES DISTRICT JUDGE**